

Christine O. Gregoire
# ATTORNEY GENERAL OF WASHINGTON
900 Fourth Avenue #2000 • Seattle WA 98164-1012

February 26, 2003

RECEIVED
FEB 2 7 2003
BARBARA J. ROTHSTEIN
U.S. DISTRICT JUDGE

The Hon. Barbara J. Rothstein
United States District Court for the Western District of Washington
United States Courthouse
1010 5th Ave. Rm. 705
Seattle, WA 98104

    RE:    Davey v. Locke
            NO. C00-0061R

Dear Judge Rothstein:

On February 14, 2003, I filed a response to the Plaintiff's Renewed Motion for Summary Judgement in the above-referenced matter. In that response, I indicated that the defendants would be filing a petition for a writ of certiorari on or before February 21, 2003.

My filing was in error – we filed our petition on February 24. The error in our response was due to an oversight on my part, and I wanted to apologize to you and to opposing counsel for any confusion that my error may have caused. Please be assured that this error was in no way intended to be misleading to you or to our opposing counsel.

Sincerely,

*Michael J. Shinn*

MICHAEL J. SHINN
(206)389-2099

c:    Stuart J. Roth, Esq.